IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CHANDRA BUTLER o/b/o
SHAYLA BUTLER                                                                PLAINTIFF

              v.              Civil No. 04-1120

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                      DEFENDANT

## JUDGMENT

Comes now the Court on this 3rd day of January, 2006, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and the plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

                                           /s/ Bobby E. Shepherd
                                           HONORABLE BOBBY E. SHEPHERD
                                           UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)